No. 301, Misc. REID *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 305, Misc. RUSSO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *W. Edward Morgan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 308, Misc. CHRISTMAN *v.* LESHER. C. A. 3d Cir. Certiorari denied.

No. 309, Misc. WRIGHT *v.* McKENDRICK, WARDEN. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 310, Misc. HARPER *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 313, Misc. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 315, Misc. MISSMER *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 318, Misc. PIERCE *v.* COHEN, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 7th Cir. Certiorari denied. *Marshall Patner* for petitioner. *Solicitor General Griswold* for respondent.

No. 320, Misc. McKEAN ET UX. *v.* CARMAE CORP. ET AL. Sup. Ct. La. Certiorari denied. *Benjamin E. Smith* and *Leonard E. Yokum, Jr.,* for petitioners.